1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID GOGGINS, GOGGINS BUILT NOT
BORN, LLC, and GOGGINS, LLC,

                              Plaintiffs,

        v.

AMAZON.COM, INC.,

                              Defendant.

Case No. 2:24-cv-00257

**STIPULATION AND ORDER TO
EXTEND DEADLINE TO RESPOND
TO PLAINTIFFS' COMPLAINT**

NOTE ON MOTION CALENDAR:
March 15, 2024

## **STIPULATION**

Defendant Amazon.com, Inc., on the one hand, and Plaintiffs David Goggins, Goggins
Built Not Born, LLC, and Goggins, LLC, on the other hand, hereby STIPULATE AND AGREE
to extend the deadline for Defendant to answer or otherwise respond to the Complaint to April 11,
2024. This stipulation shall not operate as an admission of any factual allegation or legal
conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or
objection by any party.

/ / /

/ / /

/ / /

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1    *IT IS SO STIPULATED.*

2         Dated this 15th day of March, 2024.

3

4    **HARRIGAN LEYH FARMER &**          **MORGAN, LEWIS & BOCKIUS LLP**
     **THOMSEN LLP**

5
     By: *s/Tyler L. Farmer*                  By: *s/ Damon C. Elder*
6    Tyler L. Farmer, WSBA #39912             Damon C. Elder, WSBA No. 46754
     Ariel A. Martinez, WSBA #54869           1301 Second Avenue, Suite 3000
7    999 Third Avenue, Suite 4400             Seattle, WA 98101
     Seattle, WA 98104                        Phone: (206) 274-6400
8    Tel: (206) 623-1700                      Email: damon.elder@morganlewis.com
     Fax: (206) 623-8717
9    Email: tylerf@harriganleyh.com
     Email: arielm@harriganleyh.com           *Attorney for Defendants*
10

11   **MERCHANT & GOULD P.C.**

12
     William D. Schultz (*pro hac vice*)
13   150 South Fifth Street, Suite 2200
     Minneapolis, MN 55402-4247
14   Tel: (612) 336-4677
     Email: WSchultz@merchantgould.com
15
     Peter A. Gergely (*pro hac vice*)
16   500 Fifth Avenue, Suite 4100
     New York, New York 10110
17   Tel: 303.357.1646
     Email: Pgergely@merchantgould.com
18
     Benjamin L. Dooley (*pro hac vice*)
19   800 S. Gay Street, Suite 2150
     Knoxville, Tennessee 37929
20   Tel: 865.380.5971
     Email: Bdooley@merchantgould.com
21

22   *Attorneys for Plaintiff*

23

24

25

26

STIPULATION AND ORDER - 2
Case No. 2:24-cv-00257-MLP

1

## ORDER

2     IT IS SO ORDERED.

3     DATED: March 21, 2024.

4

5

6                               Jamal N. Whitehead

7                               United States District Judge

8

9

*Presented by:*

10

**MORGAN, LEWIS & BOCKIUS LLP**

11

12 By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754

13 1301 Second Avenue, Suite 3000
Seattle, WA 98101

14 Phone: (206) 274-6400
Email: damon.elder@morganlewis.com

15

*Attorneys for Defendants*

16

17 **HARRIGAN LEYH FARMER & THOMSEN LLP**

18 By: *s/Tyler L. Farmer*
Tyler L. Farmer, WSBA #39912

19 Ariel A. Martinez, WSBA #54869
999 Third Avenue, Suite 4400

20 Seattle, WA 98104
Tel: (206) 623-1700

21 Fax: (206) 623-8717
Email: tylerf@harriganleyh.com

22 Email: arielm@harriganleyh.com

23

24 **MERCHANT & GOULD P.C.**

25 William D. Schultz (*pro hac vice*)
150 South Fifth Street, Suite 2200

26 Minneapolis, MN 55402-4247

Tel: (612) 336-4677
Email: WSchultz@merchantgould.com


Peter A. Gergely (*pro hac vice*)
500 Fifth Avenue, Suite 4100
New York, New York 10110
Tel: 303.357.1646
Email: Pgergely@merchantgould.com

Benjamin L. Dooley (*pro hac vice*)
800 S. Gay Street, Suite 2150
Knoxville, Tennessee 37929
Tel: 865.380.5971
Email: Bdooley@merchantgould.com

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401