THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID GOGGINS, GOGGINS BUILT NOT BORN, LLC, and GOGGINS, LLC,

                                        Plaintiffs,

v.

AMAZON.COM, INC.,

                                        Defendant.

Case No. 2:24-cv-00257-JNW

**STIPULATED MOTION TO EXTEND BRIEFING DEADLINES TO RESPOND AND REPLY TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION, AND ORDER**

NOTE ON MOTION CALENDAR:
April 18, 2024

## STIPULATION

Defendant Amazon.com, Inc., on the one hand, and Plaintiffs David Goggins, Goggins Built Not Born, LLC, and Goggins, LLC, on the other hand, hereby STIPULATE AND AGREE to extend the deadlines for Plaintiffs to respond, and for Defendants to reply, to (1) Defendants' Motion to Dismiss (Dkt. # 25) and (2) Defendants' Motion to Compel Arbitration and Stay Case Pending Completion of Arbitration (Dkt. # 22). The parties stipulate and agree to the following deadlines:

Deadline for Plaintiffs' Responses:     May 20, 2024

Deadline for Defendants' Replies:       June 3, 2024

Note on Motion Calendar:                June 3, 2024

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1    This stipulation shall not operate as an admission of any factual allegation or legal

2    conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or

3    objection by any party.

4    *IT IS SO STIPULATED.*

5    Dated this 18th day of April, 2024.

6

7    *The undersigned certify that this motion contains 135 words, in compliance with the Local Civil Rules.*

8    **BRYAN CAVE LEIGHTON PAISNER LLP**

9

10   By: *s/Tyler L. Farmer*
     Tyler L. Farmer, WSBA #39912

11   Ariel A. Martinez, WSBA #54869
     999 Third Avenue, Suite 4400

12   Seattle, WA 98104
     Tel: (206) 623-1700

13   Fax: (206) 623-8717
     Email: tyler.farmer@bclplaw.com

14   Email: ariel.martinez@bclplaw.com

15   **MERCHANT & GOULD P.C.**

16

17   William D. Schultz (*pro hac vice*)
     150 South Fifth Street, Suite 2200

18   Minneapolis, MN 55402-4247
     Tel: (612) 336-4677

19   Email: WSchultz@merchantgould.com
     Peter A. Gergely (*pro hac vice*)

20   500 Fifth Avenue, Suite 4100
     New York, New York 10110

21   Tel: 303.357.1646

22   Email: Pgergely@merchantgould.com
     Benjamin L. Dooley (*pro hac vice*)

23   800 S. Gay Street, Suite 2150
     Knoxville, Tennessee 37929

24   Tel: 865.380.5971
     Email: Bdooley@merchantgould.com

25

26   *Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com

**LATHAM & WATKINS LLP**

Jessica Stebbins Bina (Cal. Bar. No. 248485)
*Admitted pro hac vice*
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90071
Telephone: (424) 653-5509
Email: jessica.stebbinsbina@lw.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES AND ORDER - 2 Case No. 2:24-cv-00257-JNW

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1

## ORDER

2      IT IS SO ORDERED.

3      DATED this 19th day of April, 2024.

4

5

Jamal N. Whitehead
United States District Judge

6

7      *Presented by:*

8      **BRYAN CAVE LEIGHTON PAISNER LLP**

9

10     By: *s/Tyler L. Farmer*
       Tyler L. Farmer, WSBA #39912
       Ariel A. Martinez, WSBA #54869
11     999 Third Avenue, Suite 4400
       Seattle, WA 98104
12     Tel: (206) 623-1700
       Fax: (206) 623-8717
13     Email: tyler.farmer@bclplaw.com
       Email: ariel.martinez@bclplaw.com
14

15     **MERCHANT & GOULD P.C.**

16
       William D. Schultz (*pro hac vice*)
17     150 South Fifth Street, Suite 2200
       Minneapolis, MN 55402-4247
18     Tel: (612) 336-4677
       Email: WSchultz@merchantgould.com
19     Peter A. Gergely (*pro hac vice*)
20     500 Fifth Avenue, Suite 4100
       New York, New York 10110
21     Tel: 303.357.1646
       Email: Pgergely@merchantgould.com
22     Benjamin L. Dooley (*pro hac vice*)
23     800 S. Gay Street, Suite 2150
       Knoxville, Tennessee 37929
24     Tel: 865.380.5971
       Email: Bdooley@merchantgould.com
25

26     *Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com

**LATHAM & WATKINS LLP**

Jessica Stebbins Bina (Cal. Bar. No. 248485)
*Admitted pro hac vice*
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90071
Telephone: (424) 653-5509
Email: jessica.stebbinsbina@lw.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES AND ORDER - 3 Case No. 2:24-cv-00257-JNW

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401