THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOGGINS, GOGGINS BUILT NOT BORN, LLC, and GOGGINS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:24-cv-00257-JNW<br><br>**STIPULATED MOTION TO EXTEND BRIEFING DEADLINES TO RESPOND AND REPLY TO DEFENDANT'S MOTION TO STAY, AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>April 26, 2024 |

**STIPULATION**

Plaintiffs David Goggins, Goggins Built Not Born, LLC, and Goggins, LLC and Defendant Amazon.com, Inc., hereby STIPULATE AND AGREE to extend the deadlines for Plaintiffs to respond, and for Defendants to reply to Defendants' Motion to Stay (Dkt. # 29). The parties stipulate and agree to the following deadlines:

    Deadline for Plaintiffs' Responses:    May 20, 2024

    Deadline for Defendants' Replies:    June 3, 2024

    Note on Motion Calendar:    June 3, 2024

Plaintiffs have represented that they intend to file an Amended Complaint. The parties agree not to serve discovery until after Amazon has responded to the Amended Complaint.

STIPULATED MOTION TO EXTEND BRIEFING
DEADLINES AND ORDER - 1
Case No. 2:24-cv-00257-JNW

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

*IT IS SO STIPULATED.*

Dated this 26th day of April, 2024.

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **BRYAN CAVE LEIGHTON PAISNER LLP** |

By: *s/Damon C. Elder*
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com

**LATHAM & WATKINS LLP**

Jessica Stebbins Bina (Cal. Bar. No. 248485)
*Admitted pro hac vice*
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90071
Telephone: (424) 653-5509
Email: jessica.stebbinsbina@lw.com

*Attorneys for Defendant Amazon.com, Inc.*

By: *s/Tyler L. Farmer* *
Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717
Email: tyler.farmer@bclplaw.com
Email: ariel.martinez@bclplaw.com

**MERCHANT & GOULD P.C.**

William D. Schultz (*pro hac vice*)
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402-4247
Tel: (612) 336-4677
Email: WSchultz@merchantgould.com
Peter A. Gergely (*pro hac vice*)
500 Fifth Avenue, Suite 4100
New York, New York 10110
Tel: 303.357.1646
Email: Pgergely@merchantgould.com
Benjamin L. Dooley (*pro hac vice*)
800 S. Gay Street, Suite 2150
Knoxville, Tennessee 37929
Tel: 865.380.5971
Email: Bdooley@merchantgould.com

  *Attorneys for Plaintiff*

---

* I certify that this memorandum contains 98 words, in compliance with the Local Civil Rules.

STIPULATED MOTION TO EXTEND BRIEFING
DEADLINES AND ORDER - 2
Case No. 2:24-cv-00257-JNW

Bryan Cave Leighton Paisner LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

**ORDER**

IT IS SO ORDERED.

DATED this 29th day of April, 2024.

_____
Jamal N. Whitehead
United States District Judge

*Presented by:*

STIPULATED MOTION TO EXTEND BRIEFING
DEADLINES AND ORDER - 3
Case No. 2:24-cv-00257-JNW

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| By: *s/Damon C. Elder* | By: *s/Tyler L. Farmer* |
| Damon C. Elder, WSBA No. 46754 | Tyler L. Farmer, WSBA #39912 |
| 1301 Second Avenue, Suite 3000 | Ariel A. Martinez, WSBA #54869 |
| Seattle, WA 98101 | 999 Third Avenue, Suite 4400 |
| Phone: (206) 274-6400 | Seattle, WA 98104 |
| Email: damon.elder@morganlewis.com | Tel: (206) 623-1700 |
| | Fax: (206) 623-8717 |
| | Email: tyler.farmer@bclplaw.com |
| | Email: ariel.martinez@bclplaw.com |

**LATHAM & WATKINS LLP**

Jessica Stebbins Bina (Cal. Bar. No. 248485)
*Admitted pro hac vice*
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90071
Telephone: (424) 653-5509
Email: jessica.stebbinsbina@lw.com

*Attorneys for Defendant Amazon.com, Inc.*

**MERCHANT & GOULD P.C.**

William D. Schultz (*pro hac vice*)
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402-4247
Tel: (612) 336-4677
Email: WSchultz@merchantgould.com
Peter A. Gergely (*pro hac vice*)
500 Fifth Avenue, Suite 4100
New York, New York 10110
Tel: 303.357.1646
Email: Pgergely@merchantgould.com
Benjamin L. Dooley (*pro hac vice*)
800 S. Gay Street, Suite 2150
Knoxville, Tennessee 37929
Tel: 865.380.5971
Email: Bdooley@merchantgould.com
*Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND BRIEFING
DEADLINES AND ORDER - 4
Case No. 2:24-cv-00257-JNW

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700