HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOGGINS, GOGGINS BUILT NOT BORN, LLC, and GOGGINS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | Case No. 24-cv-00257-JNW<br><br>**STIPULATION AND ORDER REGARDING BRIEFING DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br>**JUNE 24, 2024** |

Plaintiffs David Goggins, Goggins Built Not Born, LLC, and Goggins, LLC (collectively, "Plaintiffs"), and Defendants Amazon.com, Inc. and Amazon.com Services LLC ("Amazon" or "Defendants"), by and through their attorneys of record the parties hereby stipulate to the following:

1. Attorneys for Defendants agreed to accept service of on behalf of Amazon.com Services LLC of Plaintiffs' Amended Complaint (Dkt. No. 33) and the effective date of service is May 10, 2024 ("Service Date").

2. The Parties agreed that Defendants had five (5) weeks from the Service Date to respond to Plaintiffs' Amended Complaint (Dkt. No. 33).

3. On June 14, 2024, the Defendants filed a Second Motion to Compel Arbitration and Stay Case Pending Arbitration (Dkt. 40), Motion to Dismiss (Dkt. 42), and Second Motion to Stay

STIPULATION AND ORDER REGARDING BRIEFING
DEADLINES - 1
(Case No. 24-cv-00257-JNW)

Bryan Cave Leighton Paisner LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

Discovery Pending Rulings on Motions to Compel Arbitration and Dismiss (Dkt. 43) in response to the Amended Complaint per the Stipulation filed on May 10, 2024 (Dkt. 37).

4.  The parties agreed that Plaintiffs are allowed two (2) additional weeks beyond the time to respond contemplated under the Federal Rules of Civil Procedure to respond to any response Motion Defendants may file in response to the Complaint, or any Withdrawn Motions that Defendants refile.

5.  The parties stipulate and agree that they will not serve discovery on any other party while the Second Motion to Stay Discovery (Dkt. 43) remains pending.

6.  The parties further stipulate to the following briefing schedule as it pertains to the three pending motions:

**Second Motion to Compel Arbitration and Stay Case Pending Arbitration**

1. That Plaintiffs' opposition shall be due on July 19, 2024;

2. That Defendants' reply shall be due on August 2, 2024.

**Motion to Dismiss**

1. That Plaintiffs' opposition shall be due on July 19, 2024;

2. That Defendants' reply shall be due on August 2, 2024.

**Second Motion to Stay Discovery Pending Rulings on Motions to Compel Arbitration and Dismiss**

1. That Defendants shall re-note its motion to August 2, 2024;

2. That Plaintiffs' opposition shall be due on July 19, 2024;

3. That Defendants' reply shall be due on August 2, 2024.

SUBMITTED this 24th day of June, 2024.

BRYAN CAVE LEIGHTON PAISNER LLP

By: s/Tyler L. Farmer
Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869

STIPULATION AND ORDER REGARDING BRIEFING DEADLINES - 2
(Case No. 24-cv-00257-JNW)

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel:   (206) 623-1700
Fax:   (206) 623-8717
Email: tyler.farmer@bclplaw.com
Email: ariel.martinez@bclplaw.com

MERCHANT & GOULD P.C.

William D. Schultz (*admitted PHV*)
Gabrielle Kiefer (*admitted PHV*)
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402-4247
Tel:   (612) 336-4677
Email: WSchultz@merchantgould.com
Email: GKiefer@merchantgould.com

Peter A. Gergely (*admitted PHV*)
500 Fifth Avenue, Suite 4100
New York, New York 10110
Tel: 303.357.1646
Email: Pgergely@merchantgould.com

Benjamin L. Dooley (*admitted PHV*)
800 S. Gay Street, Suite 2150
Knoxville, Tennessee 37929
Tel: 865.380.5971
Email: Bdooley@merchantgould.com

   *Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/Damon C. Elder*
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 274-6400
Email: damon.elder@morganlewis.com


**LATHAM & WATKINS LLP**

Jessica Stebbins Bina (Cal. Bar. No. 248485)
*Admitted pro hac vice*
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90071

STIPULATION AND ORDER REGARDING BRIEFING
DEADLINES - 3
(Case No. 24-cv-00257-JNW)

Bryan Cave Leighton Paisner LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington  98104
+1 206 623 1700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Telephone: (424) 653-5509
Email: jessica.stebbinsbina@lw.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION AND ORDER REGARDING BRIEFING
DEADLINES - 4
(Case No. 24-cv-00257-JNW)

Bryan Cave Leighton Paisner LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington  98104
+1 206 623 1700

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 25, 2024

                                          *Jamal W.*
                                          Jamal N. Whitehead
                                          United States District Judge

*Presented by:*

BRYAN CAVE LEIGHTON PAISNER LLP

By: *s/Tyler L. Farmer*
    Tyler L. Farmer, WSBA #39912
    Ariel A. Martinez, WSBA #54869
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel:   (206) 623-1700
    Fax:   (206) 623-8717
    Email: tyler.farmer@bclplaw.com
    Email: ariel.martinez@bclplaw.com

MERCHANT & GOULD P.C.

    William D. Schultz (*admitted PHV*)
    Gabrielle Kiefer (*admitted PHV*)
    150 South Fifth Street, Suite 2200
    Minneapolis, MN 55402-4247
    Tel:   (612) 336-4677
    Email: WSchultz@merchantgould.com
    Email: GKiefer@merchantgould.com

    Peter A. Gergely (*admitted PHV*)
    500 Fifth Avenue, Suite 4100
    New York, New York 10110
    Tel: 303.357.1646
    Email: Pgergely@merchantgould.com

    Benjamin L. Dooley (*admitted PHV*)
    800 S. Gay Street, Suite 2150
    Knoxville, Tennessee 37929
    Tel: 865.380.5971
    Email: Bdooley@merchantgould.com

STIPULATION AND ORDER REGARDING BRIEFING
DEADLINES - 5
(Case No. 24-cv-00257-JNW)

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington  98104
+1 206 623 1700

1 | *Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/Damon C. Elder*
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 274-6400
Email: damon.elder@morganlewis.com

**LATHAM & WATKINS LLP**

Jessica Stebbins Bina (Cal. Bar. No. 248485)
*Admitted pro hac vice*
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90071
Telephone: (424) 653-5509
Email: jessica.stebbinsbina@lw.com

*Attorneys for Defendants*

STIPULATION AND ORDER REGARDING BRIEFING
DEADLINES - 6
(Case No. 24-cv-00257-JNW)

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700